UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| JOSUE PAGUADA, on behalf of himself and all others similarly situated, | : | 20-Cv-9528 (SHS) |
| | : | |
| Plaintiffs, | | |
| -v- | : | ORDER |
| SPECIALTY CHEESE COMPANY, INC., | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The initial pretrial conference having been held today via telephone, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

1. The last day for plaintiff to amend the complaint is February 16, 2021;

2. Defendant shall answer or move in response to the amended complaint by March 16, 2021;

3. If defendant files a motion to dismiss the amended complaint, and if that motion is granted, the Court intends to grant that motion with prejudice;

3. There will be a pretrial conference on March 23, 2021, at 10:00 a.m.; and

4. Defendant's motion to dismiss the complaint [Doc. No. 15] is dismissed as moot.

Dated: New York, New York
       February 5, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.