UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOSUE PAGUADA, on behalf of himself and all : 20-Cv-9528 (SHS)
others similarly situated,
:
                Plaintiffs,
    -v-                                            :     ORDER

SPECIALTY CHEESE COMPANY, INC., :

                Defendant. :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Defendant having filed a motion to dismiss the amended complaint today [Doc. No. 22].

      IT IS HEREBY ORDERED that the teleconference scheduled for tomorrow at 10:00 a.m. is adjourned *sine die*.

Dated: New York, New York
       April 6, 2021

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.