UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOSUE PAGUADA, on behalf of himself and all : 20-Cv-9528 (SHS)
others similarly situated,
: 
                            Plaintiffs
      -v-                                          : ORDER

SPECIALTY CHEESE COMPANY, INC.,  :

                            Defendant.  :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff having filed a stipulation of dismissal with prejudice [Doc No. 29],

    IT IS HEREBY ORDERED that the Clerk of Court is directed to change the caption in this matter as follows:

------------------------------------------------------------------x

JOSUE PAGUADA,  :

                           Plaintiff,  :
      -v-
                                          :

SPECIALTY CHEESE COMPANY, INC.,  :

                            Defendant.

------------------------------------------------------------------x

    The Clerk of Court is directed to close this case and terminate any pending motions.

Dated: New York, New York
       June 25, 2021

SO ORDERED:

*[signature]*
Sidney H. Stein, U.S.D.J.